Debra A. Miller, Esq. (IN #27254-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
           kanders@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for Service)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RON HENRY,<br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; PNC MORTGAGE and DOES 1 THROUGH 100 INCLUSIVE;<br>　　　　Defendants. | CASE NO. 2:18-cv-01766-JAM-KJN<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Ron Henry, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-01766-JAM-KJN**

|     |                          |                                              |
| --- | ------------------------ | -------------------------------------------- |
|  1  |                          | Respectfully submitted,                      |
|  2  |                          |                                              |
|  3  | Date: April 18, 2019     | */s/ Elliot W. Gale (with consent)*          |
|     |                          | Elliot W. Gale, Esq.                         |
|  4  |                          | Sagaria Law, P.C.                            |
|  5  |                          | 3017 Douglas Boulevard, Suite 200            |
|     |                          | Roseville, CA  95661                         |
|  6  |                          | Telephone:  408-279-2288                     |
|     |                          | Fax:  408-279-2299                           |
|  7  |                          | E-Mail: egale@sagarialaw.com                 |
|  8  |                          |                                              |
|     |                          | *Counsel for Plaintiff Ron Henry*            |
|  9  |                          |                                              |
| 10  |                          |                                              |
| 11  |                          |                                              |
| 12  | Date: April 18, 2019     | */s/ Debra A. Miller*                        |
|     |                          | Debra A. Miller, Esq.  (IN #27254-49)        |
| 13  |                          |   *(admitted Pro Hac Vice)*                  |
| 14  |                          | Schuckit & Associates, P.C.                  |
|     |                          | 4545 Northwestern Drive                      |
| 15  |                          | Zionsville, IN  46077                        |
|     |                          | Telephone:  317-363-2400                     |
| 16  |                          | Fax:  317-363-2257                           |
| 17  |                          | E-Mail: dmiller@schuckitlaw.com              |
| 18  |                          | *Lead Counsel for Defendant Trans Union, LLC* |
| 19  |                          |                                              |
| 20  |                          | Eileen T. Booth, Esq. (CSB #182974)          |
|     |                          | Kurtis J. Anders, Esq. (CSB #269333)         |
| 21  |                          | Jacobsen & McElroy PC                        |
|     |                          | 2401 American River Drive, Suite 100         |
| 22  |                          | Sacramento, CA  95825                        |
|     |                          | Telephone:  916-971-4100                     |
| 23  |                          | Fax:  916-971-4150                           |
| 24  |                          | E-Mail:   ebooth@jacobsenmcelroy.com         |
|     |                          |           kanders@jacobsenmcelory.com        |
| 25  |                          | *Local Counsel for Defendant Trans Union, LLC* |
| 26  |                          |                                              |
| 27  |                          |                                              |
| 28  |                          |                                              |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-01766-JAM-KJN**

**1** **ORDER**

**2** PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Ron
**3** Henry against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Ron Henry
**4** and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

**7** Date: 4/18/2019                              /s/ John A. Mendez
                                                  United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-01766-JAM-KJN**

Page 3 of 3