Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Ron Henry

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| RON HENRY, <br><br> Plaintiff, <br><br> vs. <br><br> PNC MORTGAGE, et. al. <br> Defendants. | Case No.: 2:18-cv-01766-JAM-KJN <br><br> **ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, PNC Mortgage is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:  October 25, 2019         /s/ John A. Mendez
                                 Hon. JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE